IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS RHOADES, | No. C 14-00776 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| ZALE DELAWARE INC, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 22, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 20, 2015.

DESIGNATION OF EXPERTS: 1/23/15; REBUTTAL: 2/6/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 20, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by March 27, 2015;

    Opp. Due April 10, 2015;  Reply Due April 17, 2014;

     and set for hearing no later than May 1, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 2, 2015  at 3:30 PM.

JURY TRIAL DATE: June 15, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be seven days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation by 10/31/14.  Counsel shall inform the Court of the mediator selected.
Each party may conduct one extended deposition.


The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/27/14

_____
SUSAN ILLSTON
United States District Judge