| | |
|---|---|
| 1 | Michael J. Reed (SBN 122324) |
| 2 | Attorney at Law |
|   | E-mail: mreed10202@aol.com |
| 3 | 60 Creek Tree Lane |
|   | Alamo, CA  94507 |
| 4 | Telephone:  (925) 743-8353 |
|   | Facsimile:  (734) 468-6168 |
| 5 | Attorney for Plaintiff |
|   | GLADYS RHOADES |

SEYFARTH SHAW LLP
Michael J. Burns (Bar No. 172614)
E-mail: mburns@seyfarth.com
Eden E. Anderson (Bar No. 233464)
E-mail: eanderson@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, CA  94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
ZALE DELAWARE, INC.

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

GLADYS RHOADES,

        Plaintiff,

vs.

ZALE DELAWARE, INC. and DOES 1-50,

        Defendants

Case No. CV 14-00776 SI

ASSIGNED FOR ALL PURPOSES TO: JUDGE HON. SUSAN ILLSTON

[~~PROPOSED~~] **ORDER CONTINUING MEDIATION DEADLINE TO NOVEMBER 20, 2014 AND CONTINUING CASE MANAGEMENT CONFERENCE**

CASE MANAGEMENT CONFERENCE SCHEDULED FOR AUGUST 22, 2014; 2:30 p.m. Courtroom 10, 19th Floor San Francisco

Complaint Filed:  January 21, 2014
Trial Date:  None Set

1  The Court, having reviewed the Parties' letter dated August 1, 2014, and
2  finding GOOD CAUSE appearing therefor, hereby GRANTS the Parties' requested
3  continuances and ORDERS as follows:
4   1. The mediation deadline shall be continued to November 20, 2014.
5   2. The Case Management Conference scheduled for August 22, 2014 is
6  continued to __12/5/14__, 2014 at 2:30 p.m. in Courtroom 10.
7   IT IS SO ORDERED.

Dated: __8/5/14__     By: /s/ Susan Illston
                          HON. SUSAN ILLSTON
                          JUDGE OF THE UNITED STATES
                          DISTRICT COURT

17700186v.1

---

[Proposed] Order Continuing Mediation Deadline to November 20, 2014 and Continuing Case Management Conference/Case No. 14-cv-00776-SI